TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:     RAFAEL AVELAR-SANTANA

Number:     16-04825-LT13

Hearing:    10:00 AM   Thursday, August 30, 2018

Motion:     MOTION FOR RELIEF FROM STAY, RS # MRG-1 FILED ON BEHALF OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

Hear.   Debtor's failure to make post-petition/post-confirmation payments in a chapter 13 case constitutes cause for stay relief under section 362(d)(1).   *Ellis v. Parr (In re Ellis)*, 60 B.R. 432, 435 (9th Cir. BAP 1985).   Notwithstanding, the Court has discretion as to the form of relief and may condition relief from stay on prompt cure as opposed to terminating the stay immediately.

Debtor acknowledges some level of post-petition default.   But he also challenges Movant's accounting; the Court agrees that Movant's motion, which states that the last payment was made on May 9, 2018, appears inconsistent with the supporting declaration that the loan is due for February 1, 2018 "and all subsequent payments."   The motion itself is also a puzzle.   It shows a balance owing on the petition date of $406,237.18 at 5(a).   But the encumbrances section shows a $315,992.75 principal balance, a 37,614.68 pre-petition default, and a $7,371.08 post-petition default.   These numbers are less than the amount set forth in section 5(a).   Movant needs to explain its documents at the hearing.   The Court may require correction and an improved accounting; the Debtor would not be responsible for this expense.

Assuming that the Court is satisfied with Movant's proof, the Court will hear argument as to the appropriate remedy if the parties do not reach an agreement before the hearing.