TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: RAFAEL AVELAR-SANTANA

Number: 16-04825-LT13

Hearing: 02:00 PM Tuesday, October 2, 2018

Motion: MOTION FOR RELIEF FROM STAY, RS # MRG-1 FILED ON BEHALF OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST (fr 8/30/18)

Hear. Debtor's failure to make post-petition/post-confirmation payments in a chapter 13 case constitutes cause for stay relief under section 362(d)(1). Ellis v. Parr (In re Ellis), 60 B.R. 432, 435 (9th Cir. BAP 1985). Notwithstanding, the Court has discretion as to the form of relief and may condition relief from stay on prompt cure as opposed to terminating the stay immediately.

In the prior tentative ruling, the Court pointed out certain inconsistencies in the Motion and demanded an amended Motion. Movant has fixed one problem: the declaration now states that loan is due for May 1, 2018 "and all subsequent payments." However, the motion itself remains a puzzle. It shows a balance owing on the petition date of $417,680.74 at 5(a). But the encumbrances section shows a $314,439.47 principal balance, a $37,614.68 pre-petition default, and a $7,862.60 post-petition default. These numbers are less than the amount set forth in section 5(a). And the Debtor continues to dispute the accounting.

Despite the accounting and math struggles, it appears the parties are working towards an APO. The Court will hear argument and may continue the matter to allow them to proceed to a stipulated resolution.